```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JEAN M. HOBLER
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-04-0113 LKK |
| Plaintiff, | STIPULATION TO EXTEND TIME; ORDER THEREON |
| v. | DATE: April 28, 2009 |
| MOHAMMAD RAMZAN GORSI, aka Johnny Gorsi, | TIME: 9:30 a.m. JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated between the parties, Assistant United States Attorney Jean Hobler and Ron Peters, attorney for MOHAMMED RAMZAN GORSI, that the TSR violation hearing date of April 28, 2009, should be continued until May 19, 2009.

The continuance is necessary as the matter was originally handled by AUSA Norman Wong, who has left the office, and has been recently reassigned to Special Assistant U.S. Attorney Jean M. Hobler, who has an unavoidable conflict on the date currently set for the hearing. After conferring with the probation officer and counsel for defendant GORSI, the parties have determined that the

1

next available date without a conflict is May 19, 2009.

DATED: April 20, 2009

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         BY:  /s/ JEAN M. HOBLER
                                         JEAN M. HOBLER
                                         Special Assistant U.S. Attorney


                                         BY:  /s/ RON PETERS
                                         RON PETERS
                                         Counsel for Mr. Gorsi


**ORDER**

    FOR GOOD CAUSE SHOWN, IT IS ORDERED that the TSR hearing currently set for April 28, 2009 is continued to May 19, 2009.

DATED: April 21, 2009

                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT