**Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   **Plaintiff,** )<br>)<br>   **v.** )<br>)<br>**MOHAMMAD GORSI** )<br>)<br>   **Defendant (s),** )<br>_____ ) | CR. 04-cr-113<br><br>**STIPULATION AND**<br>**ORDER CONTINUING SENTENCING** |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Jean Hobler and the defendant Mohammad Gorsi, through his undersigned counsel, that the status conference presently set for August 25, 2009 be **continued to September 22, 2009 at 9:15 a.m.**, and placed on the court's calendar for sentencing for that date. Counsel for defendant needs additional time to review the probation report with the defendant.

The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore will be excluded from August 25, 2009 through September 22, 2009.

| | |
|---|---|
| DATE: August 21, 2009 | **LAWRENCE G. BROWN**<br>**Acting United States Attorney** |
| | By: /s/ Ron Peters<br>   RON PETERS<br>   Attorney for Defendant<br>   **Mohammad Gorsi** |
| DATE: August 21, 2009 | By: /s/ Ron Peters for<br>   JEAN HOBLER<br>   **Assistant U.S. Attorney** |

**IT IS SO ORDERED**

Date: August 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT