**FILED**

September 22, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMAD GORSI, ) <br> ) <br> Defendant. ) | Case No. 2:04-CR-0113 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MOHAMMAD GORSI , Case No.  2:04-CR-0113 , Charge  18:3606 Probation Violation , from custody.

✔  Release on Personal Recognizance

__  Bail Posted in the Sum of $__

  __  Unsecured Appearance Bond

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

✔  (Other) *Comply with all conditions previously imposed*


Issued at  Sacramento, CA  on  September 22, 2009  at  9:40 am .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal