UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-04-113 LKK

    Plaintiff,

  v.                              O R D E R

MOHAMMAD GORSI,

    Defendant.

     /

The defendant is free awaiting designation to the institution he must report to. As such, he is subject to supervision. Accordingly, the motion to release his passport is DENIED.

IT IS SO ORDERED.

DATED: April 3, 2012.

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT