**Law Offices of Ron Peters (SBN 45749)**
**RON PETERS**
**50 Fullerton Court, Suite 207**
**Sacramento, CA 95822**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**MOHAMMAD GORSI**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR. S-04-0113 LKK |
| Plaintiff, | ORDER TO RELEASE PASSPORT |
| v. | |
| MOHAMMAD GORSI, | |
| Defendant, | |

The defendant Mohammad Gorsi having successfully completed his sentence, and conditions of his supervised release and said time imposed has now expired. The defendant hereby petitions this court to release his valid United States passport which was surrounded on March 30, 2004.

Respectfully Submitted,

By:   /s/Ron Peters
      **RON PETERS**
      **Attorney for Mohammad Gorsi**

1

## ORDER

**IT IS SO ORDERED**.

Date: May 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT